AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail, USPS Tracking Number, 9505 5142 0877 9171 1548 92, addressed to JEFF HENRY, 451 ADA ST APT 2, CiNCiNNATi OH 45219, with a return address of ANABEL FREGASO, 12311 SUNDALE AVE, HAWTHORNE, CA 90250. | ) ) ) ) ) ) ) Case No.<br>**1:19MJ-490** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of Ohio
*(identify the person or describe the property to be searched and give its location)*:
Priority Mail, USPS Tracking Number, 9505 5142 0877 9171 1548 92 (See Attachment "A")

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   July 12, 2019
                                                                                                                *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Karen L. Litkovitz   .
             *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6/28/19 @ 9:25 a.m.   *Karen L. Litkovitz*
                                                                              *Judge's signature*

City and state:   Cincinnati, Ohio                                    Karen L. Litkovitz
                                                                                         United States Magistrate Judge
                                                                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:19MJ-490 | Date and time warrant executed: <br> 6/28/2019 10:05AM | Copy of warrant and inventory left with: <br> On File |
| Inventory made in the presence of: <br> J. Roth | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> PM 9505 5142 0877 9171 1548 92, containing approximately 1,766 grams of THC infused products and vape pens. | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2019

*Executing officer's signature*

Andrew W. Kremer, U.S. Postal Inspector
*Printed name and title*

 **USPIS SW Returns-Kremer**
Kremer, Andrew W - Cincinnati, OH
To: Arthur_Hill@ohsd.uscourts.gov

06/28/2019 11:46 AM

From: "Kremer, Andrew W - Cincinnati, OH" <AWKremer@uspis.gov>
To: "Arthur_Hill@ohsd.uscourts.gov" <Arthur_Hill@ohsd.uscourts.gov>

2 attachments

 
SW Return1-19mj-489.pdf  SW Return 1-19mj-490.pdf

Arthur,

Attached are my two SW Returns from today.  No need to seal. Thank you.

Respectfully,

Andrew W. Kremer
U.S. Postal Inspector
Cincinnati Field Office
Office: (513)684-8020
Fax: (513)684-8009
awkremer@uspis.gov